UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAIZON I. KING,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-00508-JAD-VCF<br><br>**ORDER** |

This Court previously ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* ("IFP") or pay the full $402 filing fee for a civil action on or before June 12, 2023. (ECF No. 3). Plaintiff timely filed a new IFP application, but it is incomplete because Plaintiff did not use the Court's approved form application. (ECF No. 4). Thereafter, the Court's mail to Plaintiff was returned as undeliverable, stating that Plaintiff has been paroled. (ECF No. 6). The Nevada Department of Corrections inmate database likewise states that Plaintiff is no longer incarcerated.

Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." Failure to comply with the rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. Plaintiff has not filed his updated address with the Court, and his IFP application for an inmate is moot because he is no longer incarcerated.

It is therefore ordered that Plaintiff will file an updated address with the Clerk of the Court **on or before July 24, 2023**.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 4) is denied as moot.

It is further ordered that **on or before July 24, 2023**, Plaintiff will either (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners or (2) pay the full filing fee of $402.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he can comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Shaizon I. King the approved form application to proceed *in forma pauperis* for non-prisoners and the document titled information and instructions for filing an *in forma pauperis* application.

DATED THIS 22nd day of June 2023.

_____
UNITED STATES MAGISTRATE JUDGE